## 6746

### STATE v. TODD.

*Ruled by case of State v. Graham, post, 116.*

Before F. BARRON GRIER, SPECIAL JUDGE, Newberry, June term, 1907. Affirmed.

Indictment against Tom Todd for violating dispensary law. From sentence on verdict of guilty, defendant appeals.

*Messrs. Blease & Dominick,* for appellant.

*Solicitor R. A. Cooper,* contra.

February 17, 1908. The opinion of the Court was delivered by

MR. JUSTICE WOODS. The defendant, Tom Todd, was tried and convicted at the June term, 1907, of the Court of General Sessions for Newberry County for violation of the dispensary law.

The appeal in this case, being based upon same grounds as the appeal in *State* v. *Graham,* is dismissed, for the reasons set forth in the opinion therein.

The judgment of this Court is, that the judgment of the Circuit Court be affirmed.